# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY | : DOCKET NO. 3:23-CV-01902-KM |
| | : |
| | : DECLARATORY JUDGMENT |
| v. | : |
| | : |
| SIGNATURE BUILDING SYSTEMS OF PA, LLC, et al. | : |
| | : CIVIL ACTION |
| | : |

## STIPULATION TO EXTEND TIME TO FILE ANSWER TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

IT IS HEREBY STIPULATED by and between the parties to the within matter, through their respective counsel, that the time within which Defendants, Signature Building Systems of PA, LLC, John Glancy, Victor DePhillips, Paul Marsala, Gary Martin, Craig Landri, Jay Bradley and PFS Corporation, d/b/a PFS Teco, may file an Answer to the Amended Complaint of Plaintiff, Motorists Mutual Insurance Company [Doc. 19] shall be and hereby is extended twenty (20) days to November 4, 2024.

| | |
|---|---|
| BILLET & ASSOCIATES, LLC | MEY & SULLA, LLP |
| | |
| /s/ Robert D. Billet | /s/ Michael R. Mey |
| | |
| ROBERT D. BILLET, ESQUIRE | MICHAEL R. MEY, ESQUIRE |
| 2000 Market Street, Suite 2803 | 1144 East Drinker Street |
| Philadelphia, PA  19103-3201 | Dunmore, PA  18512 |
| | |
| Attorneys for plaintiff Motorists Mutual Insurance Company | Attorneys for defendants Signature Building Systems of PA, LLC, John Glancy, Victor DePhillips, Paul Marsala, Gary Martin, Craig Landri, and Jay Bradley |

GREEN, SILVERSTEIN & GROFF, LLC

/s/ Joseph B. Silverstein

JOSEPH B. SILVERSTEIN, ESQUIRE
215 South Broad Street, Suite 500
Philadelphia, PA  19107

Attorneys for defendant PFS Corporation,
d/b/a PFS Teco

SO APPROVED:

 S/Martin C. Carlson
Martin C. Carlson, U.S.M.J.