UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOTORISTS MUTUAL INS. CO.,** | : | CIV NO. 3:23-CV-1902 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **JOHN GLANCY, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This case is a declaratory judgment, diversity lawsuit, seeks a declaratory judgment regarding insurance coverage issues in an underlying lawsuit. We have been informed by the parties that the underlying lawsuit may have resolved itself, a development which may render this declaratory judgment action moot. In order to allow the parties to fully explore this important issue, IT IS ORDERED that all case management deadlines in this case are STAYED pending further order of the court. IT IS FURTHER ORDERED that on or before **January 14, 2025**, the parties shall report to the court on the status of this underlying lawsuit and whether this declaratory judgment action is now moot.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

Dated: November 14, 2024